JAMES A. KEMPSTON, as Administrator of the Estate of A. LESTER KEMPSTON, Deceased, Respondent, v. AMERICAN MANUFACTURING COMPANY, Appellant.

*Appeal — modification stipulated — motion to dismiss denied.*

Reported below, 194 App. Div. 781.

(Submitted February 28, 1921; decided March 8, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the modification was stipulated on the part of the plaintiff

and the affirmance by the Appellate Division of the judgment as modified was unanimous.

*William H. Hamilton* for motion.

*Harry A. Talbot* opposed.

Motion denied, with ten dollars costs.